RECEIVED

FEB - 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

█████████ DIVISION

LAKE CHARLES

| | |
|---|---|
| TAMMY MANUEL,<br>    Appellant | CIVIL ACTION<br>NO. 2:11-CV-02046 |
| VERSUS | |
| U.S. COMMISSIONER OF SOCIAL<br>SECURITY,<br>    Appellee | JUDGE JAMES T. TRIMBLE, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Manuel's appeal is GRANTED, the final decision of the Commissioner is VACATED, and Manuel's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 1st day of February 2013.

                                        /s/ James T. Trimble
                                        JAMES T. TRIMBLE, Jr.
                                        UNITED STATES DISTRICT JUDGE